UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSSELL DEAN HARRIS, | CASE NO. C20-0419JLR |
| Plaintiff, | ORDER OF REFERENCE |
| v. | |
| LAW SCHOOL ADMISSIONS COUNCIL, | |
| Defendant. | |

This action was previously assigned to the Honorable John C. Coughenour and referred to Magistrate Judge Michelle L. Peterson.  (*See* 4/9/20 Min. Order (Dkt. # 18).) This action was subsequently reassigned to the Honorable James L. Robart, United States District Judge.  (*See* 4/13/20 Min. Order (Dkt. # 20).)  All future documents filed in this case must bear the cause number C20-0419JLR-MLP.  The court has reviewed the files and records herein and determined that certain pretrial matters are appropriate to refer to a Magistrate Judge as described below.

ORDER - 1

1    Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule MJR 3, the court hereby
2  refers to Magistrate Judge Michelle L. Peterson all motions to amend or supplement the
3  pleadings under Federal Rule of Civil Procedure 15, and all motions related to discovery
4  disputes, including but not limited to motions to compel discovery, motions for a
5  protective order related to discovery, and motions related to issues of privilege.  *See* 28
6  U.S.C. § 636(b)(1)(A); Local Rules W.D. Wash. MJR 3(a).  Federal Rule of Civil
7  Procedure 72(a) governs any objections to Magistrate Judge Michelle L. Peterson's
8  rulings concerning the above-described discovery motions.  *See* Fed. R. Civ. P. 72(a);
9  Local Rules W.D. Wash. MJR 3(b).
10    Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule MJR 4, the court
11  also hereby refers to Magistrate Judge Michelle L. Peterson for preparation of a report
12  and recommendation all motions (1) for a temporary restraining order pursuant to Federal
13  Rule of Civil Procedure 65(b); (2) for judgment on the pleadings pursuant to Federal Rule
14  of Civil Procedure 12(c); (3) to dismiss pursuant to Federal Rule of Civil Procedure
15  12(b); and (4) for a default judgment pursuant to Federal Rule of Civil Procedure 55(b).
16  *See* 28 U.S.C. § 636(b)(1)(B); Local Rules W.D. Wash. MJR(a)(3).  Federal Rule of Civil
17  Procedure 72(b) governs any further proceedings in this court after Magistrate Judge
18  Michelle L. Peterson files a report and recommendation.  *See* Fed. R. Civ. P. 72(b); Local
19  Rules W.D. Wash. MJR 4(c).
20     Accordingly, the court ORDERS that the above-entitled action is referred to
21  Magistrate Judge Michelle L. Peterson for the specific purposes and types of motions
22  described herein.  The court further DIRECTS and EMPOWERS Magistrate Judge

1 Michelle L. Peterson to conduct hearings and make further necessary orders consistent

2 with 28 U.S.C. § 636, the local rules, and this order.

3 Dated this 22nd day of April, 2020.

JAMES L. ROBART
United States District Judge