UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSSELL DEAN HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>LAW SCHOOL ADMISSIONS, INC,<br><br>    Defendant. | Case No. C20-419-JLR-MLP<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

The Court has been made aware of the number and tone of emails Plaintiff has sent to its courtroom deputy and Defendant's counsel concerning this matter. This order serves as caution to Plaintiff that future email communication with the courtroom deputy is reserved strictly for administrative matters, such as scheduling hearings. As for Plaintiff's communications with Defendant's counsel, the Court's expectation is that both parties will act with dignity, integrity, and courtesy in all future oral and written communications.

Dated this 23rd day of April, 2020.

MINUTE ORDER - 1

William M. McCool
Clerk of Court

By: Tim Farrell
    Deputy Clerk

MINUTE ORDER - 2